UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------x

I.S.T. North America LLC,

              Plaintiff(s),

      -against-

Simba GmbH,

              Defendant(s).

-----------------------------------x

25 CV 6473 (LAP)

**ORDER**

LORETTA A. PRESKA, Senior United States District Judge:

Counsel shall confer and inform Judge Preska by letter no later than *March 30, 2026* of the status of the action/remaining claims/defendants.

SO ORDERED.

_____

LORETTA A. PRESKA,

Senior U.S.D.J.

Dated: 3/23/24

New York, New York